UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-260-FDW

| | |
|---|---|
| QUANTEZ EVERETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU VANDERVELDE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant Vandervelde's Motion to File Exhibit Manually, (Doc. No. 23).

Defendant Vandervelde seeks leave to file a digital video recording of the incident in question in support of his Motion for Summary Judgment. Defendants state that they intend to make the footage available for Plaintiff to view. The Motion will be granted pursuant to the Court's ECF Administrative Procedures. See Administrative Procedures Governing Filing and Service by Electronic Means, Section IV(G) (rev. Jan. 1, 2018). Counsel for Defendant will ensure that a copy of the video is made available for Plaintiff's viewing if he requests an opportunity to view it.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Leave to Manually File Video Exhibit, (Doc. No. 23), is **GRANTED** in accordance with this Order.

Signed: September 25, 2019

Frank D. Whitney
Chief United States District Judge